KELLEY COELHO
P.O. Box 1115
Hughson, CA 95326
Telephone: (209) 277-8480
E-mail: misskcoelho@yahoo.com

*In Propria Persona*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KELLEY COELHO,

        Plaintiff,

    vs.

MARIE ALVARADO-GIL; VANESSA BRAVO; and DOES 1 through 100,

        Defendants.

CASE NO. 2:25-CV-02095-JDP

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Plaintiff Kelley Coelho (contact information above), now substitutes herself *in propria persona* as counsel of record in place of Briggs Law Corporation and attorney Cory J. Briggs, who upon approval of this substitution by the Court will be relieved as Plaintiff's counsel in this lawsuit.

Date: September 6, 2025.

I consent to this substitution.

*Kelley Coelho*
Kelley Coelho

Date: September 5, 2025.

I consent to this substitution.

BRIGGS LAW CORPORATION

By: *Cory J. Briggs*
    Cory J. Briggs

The foregoing substitution of attorney is hereby approved and so ORDERED.


Date: _____, 2025.                _____

## PROOF OF SERVICE

1.  My name is **Ruth Flores**_____. I am over the age of eighteen. I am employed in the State of California, County of **San Bernardino**_____.

2.  My __✓__ business_____ residence address is **Briggs Law Corporation, 99 East "C" Street, Suite 203, Upland, CA 91786**_____.

3.  On _____**September 8 , 2025**_____, I served ____ an original copy __✓__ a true and correct copy of the following documents: **Consent Order Granting Substitution of Attorney**_____

4.  I served the documents on the person(s) identified on the attached mailing/service list as follows:

    ____ **by personal service.** I personally delivered the documents to the person(s) at the address(es) indicated on the list.

    ____ **by U.S. mail.** I sealed the documents in an envelope or package addressed to the person(s) at the address(es) indicated on the list, with first-class postage fully prepaid, and then I

        ____ deposited the envelope/package with the U.S. Postal Service

        ____ placed the envelope/package in a box for outgoing mail in accordance with my office's ordinary practices for collecting and processing outgoing mail, with which I am readily familiar. On the same day that mail is placed in the box for outgoing mail, it is deposited in the ordinary course of business with the U.S. Postal Service.

    I am a resident of or employed in the county where the mailing occurred. The mailing occurred in the city of _____**Upland**, California.

    ____ **by overnight delivery.** I sealed the documents in an envelope/package provided by an overnight-delivery service and addressed to the person(s) at the address(es) indicated on the list, and then I placed the envelope/package for collection and overnight delivery in the service's box regularly utilized for receiving items for overnight delivery or at the service's office where such items are accepted for overnight delivery.

    ____ **by facsimile transmission.** Based on an agreement of the parties or a court order, I sent the documents to the person(s) at the fax number(s) shown on the list. Afterward, the fax machine from which the documents were sent reported that they were sent successfully.

    __✓__ **by e-mail delivery.** Based on the parties' agreement or a court order or rule, I sent the documents to the person(s) at the e-mail address(es) shown on the list. I did not receive, within a reasonable period of time afterward, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws _____ of the United States __✓__ of the State of California that the foregoing is true and correct.

    Date:_____**September 8 , 2025**_____        Signature:_____

**SERVICE LIST**

Kelley Coelho vs. Marie Alvarado-Gil, et al.
United States District Court - Eastern District of California Case No. 2:25-CV-02095-JDP
[Stanislaus County Superior Court Case No. CV-25-005833]

---

Michael J. Strumwasser
Andrea Sheridan Ordin
Salvador E. Pérez
STRUMWASSER & WOOCHER LLP
1250 6th Street, Suite 205
Santa Monica, California 90401
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
mstrumwasser@strumwooch.com
aordin@strumwooch.com
sperez@strumwooch.com

*Attorneys for Defendants Marie Alvarado-Gil, in her official capacity as California State Senator; and Vanessa Bravo, in her official capacity as Chief of Staff to Senator Alvarado-Gil*

Cara L. Jenkins
Brian A. Bobb
Suli A. Mastorakos
OFFICE OF LEGISLATIVE COUNSEL
925 L Street, Suite 900
Sacramento, California 95814
Telephone: (916) 341-8323
Facsimile: (916) 341-8290
suli.mastorakos@legislativecounsel.ca.gov

*Attorneys for Defendants Marie Alvarado-Gil, in her official capacity as California State Senator; and Vanessa Bravo, in her official capacity as Chief of Staff to Senator Alvarado-Gil*