UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY COELHO, | Case No. 2:25-cv-2095-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| MARIE ALVARADO-GIL, *et al.*, | |
| Defendants. | |

On August 22, 2025, plaintiff, who is represented by attorney Cory Briggs, personally filed a motion to consolidate this action with another case she has pending in this district. ECF No. 5. Because plaintiff is represented by counsel, her pro se filing, ECF No. 5, will be disregarded.

More recently, Mr. Briggs filed a substitution of attorney that proposes he be permitted to withdraw as counsel, leaving plaintiff pro se. ECF No. 9. Local Rule 182(d) provides, among other things, that "an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared." Because the proposed substitution would leave plaintiff *in propria persona*, the court declines to approve it. Mr. Briggs is hereby notified that if he wishes to withdraw as counsel, he must comply with the requirements set forth in Local Rule 182.

1

1      Finally, plaintiff, through counsel, filed a motion to remand, which she failed to notice for
2 hearing before the undersigned as required by Local Rule 230.[1]  ECF No. 6; see E.D. Cal. L.R.
3 230(b).  Rather than direct counsel to re-notice the motion in accordance with Local Rule 230, the
4 court will set plaintiff's motion for remand for hearing on October 16, 2025, at 10:00 a.m.
5      Accordingly, it is hereby ORDERED that:
6      1. Plaintiff Kelley Coelho's pro se motion to consolidate, ECF No. 5, is
7 DISREGARDED.
8      2. The court declines to approve the proposed substitution of attorney filed at ECF No. 9.
9      3. Plaintiff's motion to remand, ECF No. 6, is set for hearing before the undersigned on
10 October 16, 2025, at 10:00 a.m.  The hearing will be conducted remotely via Zoom.
11     4. In light of plaintiff's motion to remand, the parties shall complete and file the Consent
12 to Assignment or Request for Reassignment form within seven days of the date of this order.

IT IS SO ORDERED.

Dated:    September 17, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The notice of motion purports to set a hearing before Chief Judge Nunley, who is not assigned to this case.