BRIGGS LAW CORPORATION [FILE: 2226.00]
Cory J. Briggs (SBN 176284)
99 East "C" Street, Suite 203
Upland, CA 91786
Telephone: 909-949-7115

Attorneys for Plaintiff Kelley Coelho

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY COELHO, | CASE NO. 2:25-CV-02095-TLN-JDP |
| Plaintiff, | **PLAINTIFF'S COUNSEL'S RESPONSE TO ORDER REQUIRING STATUS REPORT** |
| vs. | |
| MARIE ALVARADO-GIL; VANESSA BRAVO; and DOES 1 through 100, | |
| Defendants. | |

**TO THE COURT:**

The undersigned is unable to submit the Court-ordered status report on behalf of Plaintiff KELLEY COELHO because Plaintiff (*i*) has withdrawn the undersigned's authority to act on Plaintiff's behalf but (*ii*) has not prepared a motion to represent herself or provided contact information for new counsel to substitute into the undersigned's place. Consequently, the undersigned's failure to submit the status report is not willful disobedience of the Court's order.

If Plaintiff consents, the undersigned is amenable to discussing the situation with Plaintiff and the Court in chambers, away from any opposing party or counsel.

Date: April 22, 2026.          Respectfully submitted,

BRIGGS LAW CORPORATION

By: _____
Cory J. Briggs

Attorneys for Plaintiff Kelley Coelho

## PROOF OF SERVICE

1. My name is **Ruth Flores**_____. I am over the age of eighteen. I am employed in the State of California, County of **San Bernardino**_____.

2. My __✓__ business_____ residence address is **Briggs Law Corporation, 99 East "C" Street, Suite 203, Upland, CA 91786** _____.

3. On _____**April 22 , 2026**_____, I served ____ an original copy __✓_ a true and correct copy of the following documents: **PLAINTIFF'S COUNSEL'S RESPONSE TO ORDER REQUIRING_____ STATUS REPORT**_____

4. I served the documents on the person(s) identified on the attached mailing/service list as follows:

____ *by personal service.* I personally delivered the documents to the person(s) at the address(es) indicated on the list.

____ *by U.S. mail.* I sealed the documents in an envelope or package addressed to the person(s) at the address(es) indicated on the list, with first-class postage fully prepaid, and then I

 ____ deposited the envelope/package with the U.S. Postal Service

 ____ placed the envelope/package in a box for outgoing mail in accordance with my office's ordinary practices for collecting and processing outgoing mail, with which I am readily familiar. On the same day that mail is placed in the box for outgoing mail, it is deposited in the ordinary course of business with the U.S. Postal Service.

I am a resident of or employed in the county where the mailing occurred. The mailing occurred in the city of _____**Upland** , California.

____ *by overnight delivery.* I sealed the documents in an envelope/package provided by an overnight-delivery service and addressed to the person(s) at the address(es) indicated on the list, and then I placed the envelope/package for collection and overnight delivery in the service's box regularly utilized for receiving items for overnight delivery or at the service's office where such items are accepted for overnight delivery.

____ *by facsimile transmission.* Based on an agreement of the parties or a court order, I sent the documents to the person(s) at the fax number(s) shown on the list. Afterward, the fax machine from which the documents were sent reported that they were sent successfully.

__✓_ *by e-mail delivery.* Based on the parties' agreement or a court order or rule, I sent the documents to the person(s) at the e-mail address(es) shown on the list. I did not receive, within a reasonable period of time afterward, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws _____ of the United States __✓__ of the State of California that the foregoing is true and correct.

Date: _____**April 22 , 2026**_____    Signature: _Ruth Flores_

**SERVICE LIST**

Kelley Coelho vs. Marie Alvarado-Gil, et al.
United States District Court - Eastern District of California Case No. 2:25-CV-02095-JDP
[Stanislaus County Superior Court Case No. CV-25-005833]

Michael J. Strumwasser
Andrea Sheridan Ordin
Salvador E. Pérez
STRUMWASSER & WOOCHER LLP
1250 6th Street, Suite 205
Santa Monica, California 90401
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
mstrumwasser@strumwooch.com
aordin@strumwooch.com
sperez@strumwooch.com

*Attorneys for Defendants Marie Alvarado-Gil, in her official capacity as California State Senator; and Vanessa Bravo, in her official capacity as Chief of Staff to Senator Alvarado-Gil*


Cara L. Jenkins
Brian A. Bobb
Suli A. Mastorakos
OFFICE OF LEGISLATIVE COUNSEL
925 L Street, Suite 900
Sacramento, California 95814
Telephone: (916) 341-8323
Facsimile: (916) 341-8290
suli.mastorakos@legislativecounsel.ca.gov

*Attorneys for Defendants Marie Alvarado-Gil, in her official capacity as California State Senator; and Vanessa Bravo, in her official capacity as Chief of Staff to Senator Alvarado-Gil*