UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY COELHO, Plaintiff, v. MARIE ALVARADO-GIL, *et al.*, Defendants. | Case No. 2:25-cv-2095-JDP<br><br>ORDER |

Plaintiff has two parallel cases proceeding in this court: *Coelho v. Marie Alvarado-Gil*, Case No. 2:24-cv-2181-DC-JDP, and *Coelho v. Marie Alvarado-Gil*, Case No. 2:25-cv-2095-JDP. Defendants have moved for judgment on the pleadings in the latter action, and plaintiff has filed a non-opposition. Accordingly, I find that defendants' motion should be granted and that this action should be closed.

As defendants note, both actions involve the same cause of actions, seek the same relief, and involve the same parties. ECF No. 29-1 at 3-5. In response, plaintiff states that, because the two cases are essentially duplicative, "[p]laintiff expresses no opposition to the pending motion and reserves her right to proceed with 2:24-CV-02181." ECF No. 33 at 2. Accordingly, the court finds that dismissal is warranted because the instant action is duplicative of *Coelho v. Marie Alvarado-Gil*, Case No. 2:24-cv-2181-DC-JDP. *See Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880,

904 (2008) ("Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.'").

Accordingly, it is hereby ORDERED that:

1. Defendants' motion for judgment on the pleadings, ECF No. 29, is GRANTED.
2. The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated: August 24, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE